# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**NEAL BENJAMIN**,

      Plaintiff,

v.                                                                         **CIVIL ACTION NO. 2:18-CV-26**
                                                                                **(BAILEY)**

**UNITED STATES OF AMERICA**,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge James P. Mazzone [Doc. 11]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Mazzone for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Mazzone filed his R&R on October 29, 2018, wherein he recommends plaintiff's Complaint [Doc. 1] be dismissed without prejudice. Further, he recommends plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. 2] and Motion for Preliminary Injunction [Doc. 9] be denied as moot. Finally, Magistrate Judge Mazzone also recommends plaintiff's Motion Requesting Additions to be Added to Federal Tort Claim [Doc. 7] be denied.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or

recommendation to which no objections are addressed.  ***Thomas v. Arn***, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984).  Here, objections to Magistrate Judge Mazzone's R&R were due within fourteen (14) days of service, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The docket reflects that service was accepted on November 5, 2018 [Doc. 12].  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review of the above, it is the opinion of this Court that the Report and Recommendation **[Doc. 11]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report.  Accordingly, this Court **ORDERS** that the plaintiff's Complaint **[Doc. 1]** be **DISMISSED WITHOUT PREJUDICE**. Further, plaintiff's Motion for Leave to Proceed *in forma pauperis* **[Doc. 2]** and plaintiff's Motion for Preliminary Injunction **[Doc. 9]** are **DENIED AS MOOT**.  Finally, plaintiff's Motion Requesting Additions to be Added to Federal Tort Claim **[Doc. 7]** is **DENIED**.  This Court further **ORDERS** that this matter be **STRICKEN** from the active docket of this Court and **DIRECTS** the Clerk to enter judgment in favor of respondent.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to mail a copy to the *pro se* petitioner.

**DATED**: November 27, 2018.

JOHN PRESTON BAILEY  
UNITED STATES DISTRICT JUDGE